**Marsha C. WORTH, Respondent,**

v.

**CHRISTIAN HOSPITAL NORTHEAST, Appellant.**

No. 50304.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 12, 1985.

Coffelt & Coffelt, Kemper R. Coffelt, Edwin B. Brzezinski, Clayton, for appellant.

Charles A. Mogab, Thomas J. Gregory, St. Louis, for respondent.

## ORDER

PER CURIAM:

Direct appeal from a final workers' compensation award of the Missouri Labor and Industrial Relations Commission.

Judgment affirmed. Rule 84.16(b).

**Jeffrey Lynn GALVAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 50154.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 12, 1985.

Lenzie L. Leftridge, Jr., Flat River, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).